D'AMICO *v*. NATIONAL BROADCASTING CO. ET AL.

No. 805.   Decided January 23, 1967.

Appellant *pro se.*

*Howard Monderer* for National Broadcasting Co., Inc., and *Solicitor General Marshall* for the United States, appellees.

PER CURIAM.

The motion to dispense with printing the statement as to jurisdiction is granted.   The motions to dismiss are also granted and the appeal is dismissed for want of jurisdiction.

McQUAID *v*. CALIFORNIA.

No. 584, Misc.   Decided January 23, 1967.

Appellant *pro se.*

*Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Walter R. Jones,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.